IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

<u>RECEIPT AND VERIFICATION</u>

TO:                  WILLIAM T. NEARY, UNITED STATES TRUSTEE

CASE NAME: _____Rashida Ray_____

CASE NO.:              _____0811645_____

I, _____ DECLARE UNDER PENALTY OF PERJURY

THAT I AM THE DULY AUTHORIZED REPRESENTATIVE OF THE DEBTOR IN POSSESSION

DESIGNATED TO OPERATE THE BUSINESS OF _____, AND AS

SUCH I HEREBY ACKNOWLEDGE RECEIPT FROM THE UNITED STATES TRUSTEE OF THE

OPERATING INSTRUCTIONS AND REPORTING REQUIREMENTS.  I HAVE READ AND

UNDERSTAND THE INSTRUCTIONS AND AGREE TO COMPLY WITH THEM.

SIGNED: _____

DATED: _____

I, _____, COUNSEL FOR THE DEBTOR IN

POSSESSION, HAVE REVIEWED AND DISCUSSED THE OPERATING INSTRUCTIONS AND

REPORTING REQUIREMENTS WITH THE SIGNATORY ABOVE.

SIGNED: _____

DATED:  _____

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _____Rashida Ray_____     CASE NO. ___O811645_____

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending _____December_____, 2008_

BEGINNING BALANCE IN ALL ACCOUNTS        $_8191.36_____in checking account__
                                                                           $ 95.79 in savings
account

RECEIPTS:
        1. Receipts from operations        $_12354.00_____
        2. Other Receipts                          $ 78.00_____

DISBURSEMENTS:
        3. Net payroll:
            a. Officers                              $_____N/A_____
            b. Others                               $____ N/A_____

        4. Taxes
            a. Federal Income Taxes        $___ N/A_____
            b. FICA withholdings              $___ N/A_____
            c. Employee's withholdings     $___ N/A_____
            d. Employer's FICA                $___ N/A_____
            e. Federal Unemployment Taxes  $___ N/A_____
            f. State Income Tax                $____ N/A_____
            g. State Employee withholdings  $_____ N/A_____
            h. All other state taxes          $____ N/A_____

        5. Necessary expenses:
            a. Rent or mortgage payments(s)  $___N/a___
            b. Utilities                            $___N/A_____
            c. Insurance                         $__202.00_____

d. Merchandise bought for manufacture or sale $_____N/A_____

e. Other necessary expenses (specify)

Transportation Expenses (work)    $  N/A

Food    (Work)                          $___316.66

Lodging (work)                  $N/A___

National Grants                      $8733.28

Building Repairs                     $629.08

Car Payment__$    N/A_

Gas (Work)  $  N/a

Bank Fees        $N/A

Miscellaneous      $  598.00


TOTAL DISBURSEMENTS                          $_____10479.02


NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $__12432.00_____


ENDING BALANCE IN _____Charter One_____          $_7297.85_____

(Name of Bank)   Checking account

ENDING BALANCE IN _____Charter One_____          $___95.79_____

(Name of Bank)  Savings account


ENDING BALANCE IN ALL ACCOUNTS        $___7393.64

OPERATING REPORT    Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME: _____Rashida Ray_____ CASE NO. ___0811645_____

RECEIPTS LISTING

FOR MONTH ENDING _____December_____, 2008_

Bank: _____Charter One_____ _ _____

Location: _____Chicago, IL_____

Account Name: _____Rashida Ray_____

Account No.: _____9200065202_____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 01-December-2008 | Tenants rent portion from section 8 | $250.00 |
| 08-December-2008 | Tenants rent portion from section 8 | $418.00 |
| 11-December-2008 | Tenants rent portion from section 8 | $885.00 |
| 12-December-2008 | Tenants rent portion from section and non section 8 | $2480.00 |
| 16-December-2008 | Tenants rent portion from section 8 | $200.00 |
| 16-December-2008 | Online Transfer from Savings | $60.00 |
| 16-December-2008 | Fee Rebate | $39.00 |
| 18-December-2008 | Tenants rent portion from section 8 | $1000.00 |
| 18-December-2008 | Fee Rebate | $39.00 |
| 31-December-2008 | Rent portion from section 8 (CHAC) | $7061.00 |

TOTAL: ____$12432.00_____

Receipts may be identified by major categories.  It is not necessary to list each transaction separately by name of customer or invoice number.  You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2 (1 of 2)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME: _____Rashida Ray_____   CASE NO. ___0811645_____

DISBURSEMENT LISTING

FOR MONTH ENDING _____December _____, 2008_

Bank: _____Charter One_____ _ _____

Location: _____Chicago, IL_____

Account Name: _____Rashida Ray_____

Account No.: _____9200065202_____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01-December-2008 | 0 | Health Insurance | $202.00 |
| 03-December-2008 | 5298 | Building repairs | $500.00 |
| 08-December-2008 | N/A | withdrawl for building repairs | $1308.00 |
| 12-December-2008 | 1646 | Countrywide Mortgage 1448 W. Arthur | $1000.00 |
| 12-December-2008 | 5299 | National Grants Fee | $4107.78 |
| 16-December-2008 | N/A | National Grants Fee | $4625.50 |
| 17-December-2008 | N/A | Hyman's hardware | $88.48 |
| 23-December-2008 | N/A | Jewel-Osco | $214.99 |
| 26-December-2008 | N/A | Home Depot | $40.60 |
| 26-December-2008 | N/A | Modern Nails | $30.00 |
| 29-December-2008 | N/A | Nail Bar | $200.00 |
| 29-December-2008 | N/A | Mickey's Pet Salon | $70.00 |
| 29-December-2008 | N/A | Dominicks' | $48.98 |
| 29-December-2008 | N/A | Par Birdie Foods | $29.61 |
| 30-December-2008 | N/A | Nayab Mart | $12.23 |
| 30-December-2008 | N/A | King Sweets | $10.85 |

OPERATING REPORT Page 2 (2 of 2)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME: _____Rashida Ray_____ CASE NO. ___0811645_____

DISBURSEMENT LISTING

FOR MONTH ENDING _____December_____, 2008_

Bank: _____Charter One_____ _ _____

Location: _____Chicago, IL_____

Account Name: _____Rashida Ray_____

Account No.: _____9200065202_____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| | | | |

TOTAL: __$10479.02___

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME: _____Rashida Ray_____   CASE NO. ___0811645_____

FOR MONTH ENDING _____December_____, 2008_

STATEMENT OF INVENTORY

      Beginning inventory                $_____

      Add: purchases                 $_____

      Less: goods sold                $_____
      (cost basis)
      Ending inventory                $_____

PAYROLL INFORMATION STATEMENT      Not applicable

Gross payroll for this period       $_____

Payroll taxes due but unpaid       $_____

      STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor is due | Date regular payment | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME: _____Rashida Ray_____        CASE NO. ___0811645_____

FOR MONTH ENDING _____December_____, 2008_

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance        $_____8287.15_____

Add:   sales on account        $_____12432.00_____

Less: collections        $_____10479.02_____

End of month balance        $_____7393.64_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $12432.00 | $20582.00_ | $15394.10_ | $14909.91 | $_120468.82_ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance          $_____8287.15_____

Add: credit extended                $_____12432.00_____

Less: payments of account                $_____10479.02_____

End of month balance                     $_____7393.64_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $10479.02 | $10214.11 | $19223.82 | $20015.10 | $105548.74 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE
AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME: _____Rashida Ray_____     CASE NO. ___0811645_____

FOR MONTH ENDING _____December_____, 2008_

TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis.  Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( x ) | No ( ) | N/A  ( ) |
| 2. | FICA withholdings | Yes ( x ) | No ( ) | N/A  ( ) |
| 3. | Employee's withholdings | Yes ( x ) | No ( ) | N/A  ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) | N/A  ( x ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | N/A ( x ) |
| 6. | State Income Tax | Yes (X ) | No ( ) | N/A  ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | N/A ( x ) |
| 8. | All other state taxes | Yes ( ) | No ( ) | N/A ( x ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT   Page 6

| Form 6123<br>(Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br><br>**Verification of Fiduciary=s Federal Tax Deposit** |
|---|---|

| | **Do not attach this Notice to your Return** |
|---|---|

| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
|---|---|
| **FROM:** | Name of Taxpayer |
| | Taxpayer Address |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| **Section 1**<br><br><br>Taxes Reported on Form 941, Employer=s Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information**<br><br>for the payroll period from _____ to<br><br><br>Payroll date<br><br><br>Gross wages paid to employees                    $<br><br>Income tax withheld                                          $<br><br><br>Social Security (Employer=s plus Employee=s<br><br>share of Social Security Tax)                          $<br><br><br>Tax Deposited                              $<br><br>Date Deposited |
|---|---|

| **Section 2**<br><br>Taxes Reported on | **Form 940 Federal Tax Deposit (FTD) Information**<br><br>for the payroll period from _____ to |
|---|---|

| Form 940, Employer=s Annual Federal Unemployment Tax Return | Gross wages paid to employees | $ |
| | | |
| | Tax Deposited | $ |
| | | |
| | Date Deposited | |

**Certification**

**(Certification is limited to receipt or electronic transmittal of deposit only)**

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer=s Tax Guide (Publication 15)

| Deposit Method (check box) | 9 Form 8109/8109B Federal Tax Deposit (FTD) coupon |
| | 9 Electronic Federal Tax Payment System (EFTPS) Deposit |

| Amount (Form 941 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor=s Employer Identification Number: | | Name and Address of Bank |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed:                    Date:

Name and Title
(print or type)

Cat. #43099Z

Form **6123** (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _Rashida Ray_____, acting as the duly authorized agent

for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the

United States that I have read and I certify that the figures, statements, disbursement itemizations,

and account balances as listed in this Monthly Report of the Debtor are true and correct as of the

date of this report to the best of my knowledge, information and belief.

_Rashida Ray_____

For the Debtor In Possession (Trustee)

Print or type name and capacity of

person signing this Declaration:

_Rashida Ray_____

_Trustee_____

DATED: _07/05/2009_

OPERATING REPORT Page 8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME: _____Rashida Ray_____    CASE NO. ___0811645_____

Office of the U.S. Trustee

219 South Dearborn Street; Room 873

Chicago, IL    60604

Debtor: _____Rashida Ray_____    Notice Date:        _____

Account Number: _____

Amount Due:        _____

## NOTICE OF UNPAID FEES AND IMPENDING COLLECTION ACTIONS

According to the accounts receivable records, you owe the above amount to the United States Trustee in unpaid quarterly fee charges.  If you do not pay this debt or take other action described below before _____, the United States Trustee will submit your debt to the U.S. Department of Treasury for further collection.  Interest, penalties, and other charges for costs may be added to the amount you owe.  Payment must be sent to the above address.

Once your debt is sent to the Department of Treasury, Treasury will take all authorized collection actions, including reporting the debt to credit reporting agencies and engaging private collection agencies as necessary.  The debt will also be submitted to the Treasury Offset Program which means the debt will be deducted from eligible payments that are owed to you by the federal government, including but not limited to tax refunds.  The Treasury Offset Program is authorized by the Debt Collection Act of 1982 and the Debt Collection Improvement Act of 1996.  You may not receive another notice before your payment is offset.

Before we submit your debt to the Treasury Offset Program, we are required to tell you the following:  (1) you may inspect and copy our records related to your debt; (2) you may request a review of our determination that you owe this debt; and (3) you may enter into a written repayment agreement if it is acceptable to the United States Trustee.   If you are interested in these options, please send a written request to the above address.

If you make or provide any knowingly false or frivolous statements, representations, or evidence, you may be liable for penalties under the False Claims Act (31 U.S.C. ' ' 286, 287, 1001, and 1002), or other applicable statutes.

If you have any questions about this letter or your rights, you should immediately contact your local field office at the above address.

EXHIBIT ⊏C@

## U. S. TRUSTEE QUARTERLY FEE STATEMENT

Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: _____Rashida Ray_____   CASE NO.  ___0811645_____

FOR CALENDAR QUARTER ENDING _____December_____, 2008

DISBURSEMENTS∗

1.         MONTH                                    DISBURSEMENTS

_____December_____                    $_____650.00_____

_____                    $_____

_____                    $_____

TOTAL DISBURSEMENTS
FOR  QUARTER            $_____650.00_____

2.   QUARTERLY FEE OWED PURSUANT TO   $_____0.00_____
28 U.S.C. '1930(A)(6)

3.   QUARTERLY FEE PAID             $_____650.00_____
(Attach proof of payment)

4.   AMOUNT OF UNPAID FEES (IF ANY)   $_____0.00_____

I, _Rashida Ray_____ acting as the duly authorized

agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury

under the laws of the United States that I have read and certify that the figures, statements,

disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee

Statement are true and correct as of the date of this report to the best of my knowledge,

information and belief.

DATED: _07/05/2009_   _____

                        For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and     _Rashida Ray_____

capacity of person signing

this Declaration).        _Trustee Plan Administrator_

∗ For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all
other disbursements.

EXHIBIT "D"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

CASE NAME: _____Rashida Ray_____ CASE NO. ___0811645_____

U. S. TRUSTEE QUARTERLY REPORT ON STATUS OF PLAN PAYMENTS

FOR CALENDAR QUARTER ENDING _____December_____, 2008_

1.     Were any payments required to be made

under the plan this past calendar quarter?yes__X___    no_____

2.     If yes, were all required payments made? yes__X___    no_____

3.     If not, on a separate schedule, state the name, address and telephone number of each

unpaid creditor, the amount due and the reason payment was not made.

I, _Rashida Ray_____ acting as the duly authorized agent under the confirmed plan declare under penalty of perjury under the laws of the United States that I have read and certify that the information listed in this U.S. Trustee Quarterly Report on Status of Plan Payments is true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: _07/05/2009_

_Rashida Ray_____

For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).

_Rashida Ray_____

_Trustee Plan Administrator_

EXHIBIT "E"

## OFFICE OF THE UNITED STATES TRUSTEE

## NORTHERN DISTRICT OF ILLINOIS

Direction of Attorney for the Debtor

Concerning Contacts with Client Regarding Administrative Matters

In re:                         _____Rashida Ray_____

Case Number:         _____0811645_____

Part I: Purpose

      The United States Trustee is responsible for supervising the administration of cases under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code.   28 U.S.C. '586.   To fulfill this responsibility, the U.S. Trustee has issued Guidelines for Debtors-in-Possession.   The Guidelines impose certain administrative and reporting responsibilities on chapter 11 debtors-in-possession.  In addition, there are other requirements imposed by law, including a requirement to pay U.S. Trustee quarterly fees.   The U.S. Trustee=s staff is available to assist debtors-in-possession in fulfilling these requirements.  In addition, it is frequently necessary for members of the U.S. Trustee=s staff to contact debtors concerning missing documents, incomplete forms, and other administrative matters.   Many debtors-in-possession and attorneys prefer that these administrative matters be handled directly between the debtor and the U.S. Trustee=s staff.   Others prefer that all such contacts be made through counsel.   We need to know how you and your client would like these matters to be handled.

**Part II: Direction**

_____      We direct that all contacts between the U.S. Trustee=s staff concerning the administrative requirements of the U.S. Trustee, including completion of operating reports, insurance, banking arrangements, payment and calculation of quarterly fees, may be made directly between the U.S. Trustee and the debtor-in-possession.

_____      We direct that all contacts between the U.S. Trustee=s staff concerning this case, including all administrative matters, be conducted through counsel for the debtor-in-possession.

Dated: _____

_____

Attorney for Debtor-in-Possession

EXHIBIT "F"

**U.S. Trustee Basic Monthly Operating Report**

Case Name: _____Rashida Ray_____     Date Filed: _____

Case Number: _____0811645_____     NAICS Code: _____531110_____

Note, the NAICS Code may be found at:

Month (or portion) covered by this report: _____December_____     http://www.census.gov/epcd/naics02/naico602.htm

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR  AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS  ARE TRUE, CORRECT AND COMPLETE.

_____*Rashida Ray*_____     _____07/05/2009_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          DATE REPORT SIGNED

_____*Rashida Ray*_____
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form.  The U.S. Trustee may permit the debtor to eliminate duplicative information.  No such permission is valid unless in writing.

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1.  IS THE BUSINESS STILL OPERATING? | X | |
| 2.  DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | X |
| 3.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | X | |
| 4.  DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X |
| 5.  DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | | X |
| 6.  DID YOU PAY YOUR EMPLOYEES ON TIME? | N/A | |

|  | Yes | No |
|---|---|---|
| 7.  HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? |  | X |
| 8.  DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X |  |
| 9.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? |  | X |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? |  | X |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | X |  |
| ID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? |  | X |
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? |  | X |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | N/A |  |
| 15.  DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X |  |
| 16.  ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | X |  |

**TAXES**

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?          X

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

The returns will be filed by an IRS representative on 23-June-2008

**INCOME**

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**  12432.00

*(Exhibit B)*

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 01-December-2008 | Tenants rent portion from section 8 | $250.00 |
| 08-December-2008 | Tenants rent portion from section 8 | $418.00 |
| 11-December-2008 | Tenants rent portion from section 8 | $885.00 |
| 12-December-2008 | Tenants rent portion from section and non section 8 | $2480.00 |
| 16-December-2008 | Tenants rent portion from section 8 | $200.00 |
| 16-December-2008 | Online Transfer from Savings | $60.00 |
| 16-December-2008 | Fee Rebate | $39.00 |
| 18-December-2008 | Tenants rent portion from section 8 | $1000.00 |
| 18-December-2008 | Fee Rebate | $39.00 |
| 31-December-2008 | Rent portion from section 8 (CHAC) | $7061.00 |

**EXPENSES**

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID
THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.   [If you
use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the
check register. ]

**TOTAL EXPENSES** 10479.02

*(Exhibit C)*

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01-December-2008 | O | Health Insurance | $202.00 |
| 03-December-2008 | 5298 | Building repairs | $500.00 |
| 08-December-2008 | N/A | withdrawl for building repairs | $1308.00 |
| 12-December-2008 | 1646 | Countrywide Mortgage 1448 W. Arthur | $1000.00 |
| 12-December-2008 | 5299 | National Grants Fee | $4107.78 |
| 16-December-2008 | N/A | National Grants Fee | $4625.50 |
| 17-December-2008 | N/A | Hyman's hardware | $88.48 |
| 23-December-2008 | N/A | Jewel-Osco | $214.99 |
| 26-December-2008 | N/A | Home Depot | $40.60 |

| 26-December-2008 | N/A | Modern Nails | $30.00 |
| 29-December-2008 | N/A | Nail Bar | $200.00 |
| 29-December-2008 | N/A | Mickey's Pet Salon | $70.00 |
| 29-December-2008 | N/A | Dominicks' | $48.98 |
| 29-December-2008 | N/A | Par Birdie Foods | $29.61 |
| 30-December-2008 | N/A | Nayab Mart | $12.23 |
| 30-December-2008 | N/A | King Sweets | $10.85 |

**CASH PROFIT**

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)  12432.00

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)  10479.02

(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH  1952.98**

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU
FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO
IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES**   0

*(Exhibit D)*

N/A

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE
OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED
AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES**   1718

*(Exhibit E)*

| NAME | DESCRIPTION | AMOUNT | PAYMENT DUE DATE |
|------|-------------|--------|------------------|
| Kene Brown | Rent Section 8 | $1656 | ASAP |
| Ravi | Furniture | $618 | ASAP |
| Mia Boyd | Rent Section 8 | $2870 | ASAP |

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  N/A

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  N/A

## PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?  0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?  0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?  0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?  0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD?  0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE?      0

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH:  TBD

ACTUAL INCOME FOR THE MONTH (EXHIBIT B): 12432.00

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: TBD

PROJECTED EXPENSES FOR THE MONTH: TBD

TOTAL ACTUAL EXPENSES FOR THE MONTH  (EXHIBIT C):  <u>10479.02</u>

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:


PROJECTED CASH PROFIT FOR THE MONTH:  TBD

ACTUAL CASH PROFIT FOR THE MONTH  **1952.98**
 (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)


DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:  TBD


**[If actual cash profit was 90% or  less of projected cash profit,
please attach a detailed written explanation.]**


EXHIBIT "G"